Tanya Levinson Moore, Esq. SBN 206683
K. Randolph Moore, Esq. SBN 106933
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO 269; TUSINVEST, LTD.<br><br>　　　　Defendants. | Case No.:   1:10-CV-00877-AWI-GSA<br><br>**STIPULATION FOR FILING OF AN AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint.

IT IS SO STIPULATED.

Dated:  August 2, 2010　　　　　　　　PILLSBURY WINTHROP SHAW PITTMAN LLP

　　　　　　　　　　　　　　　　　　　　By:____Stefan Teichert  Esq._____
　　　　　　　　　　　　　　　　　　　　Stefan Teichert, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Petco Animal Supplies Stores, Inc.

| | | |
|---|---|---|
| 1 | Dated:  August 2, 2010 | MOORE LAW FIRM, PC |
| 2 | | By:    /s/ Tanya Levison Moore |
| 3 | | Tanya Levinson Moore<br>Attorney for Plaintiff Theresa Wallen |

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the First Amended Complaint is filed forthwith.  The Clerk is directed to file in the proposed First Amended Complaint submitted on the docket on August 2, 2010 (document #9).

**IT IS SO ORDERED.**

Dated:  August 5, 2010          /s/ Gary S. Austin   _____
                                U.S. MAGISTRATE JUDGE GARY S. AUSTIN