K. Randolph Moore, Esq. SBN 106933
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO 269; TUSINVEST, LTD, OCHINERO DEVELOPMENT COMPANY, L.P.,<br><br>    Defendants. | No.  1:10-CV-00877-AWI-GSA<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER FOR TUSINVEST COMPANY, LTD ONLY**<br><br>Assigned to U.S District Judge ANTHONY W. ISHII<br><br>Complaint Filed: 4/9/10<br>First Amended Complaint Filed 8/5/10 |

Plaintiff Theresa Wallen, through her attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendant Tusinvest, LTD, hereby request that the above-captioned action against Tusinvest, LTD is dismissed with prejudice.

Date: September 8, 2010                /s/ Tanya Moore
                                       Tanya Moore
                                       Attorney for Plaintiff

*Wallen v. Petco Animal Supply Stores, Inc., et al*

Order for Dismissal

Page 1

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned action against Tusinvest, LTD <u>only</u> is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   September 8, 2010

CHIEF UNITED STATES DISTRICT JUDGE

*Wallen v. Petco Animal Supply Stores, Inc., et al*

Order for Dismissal