Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

FILED
DEC 02 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., et al.,<br><br>Defendants. | No. 1:10-CV-00877-AWI-GSA<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE OF PETCO ANIMAL SUPPLIES STORES, INC.; ORDER**<br><br>Assigned to U.S. District Judge ANTHONY W. ISHII<br><br>Complaint Filed: 4/9/10<br>First Amended Complaint Filed 8/5/10 |

Plaintiff Theresa Wallen, through her attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendant Petco Animal Supplies Stores, Inc. dba Petco 269, hereby request that the above-captioned action against Petco Animal Supplies Stores, Inc. dba Petco 269 only be dismissed with prejudice.

Date: October 27, 2010          MOORE LAW FIRM, P.C.



                                /s/Tanya Moore
                                Tanya Moore
                                Attorneys for Plaintiff

---

*Wallen v. Petco, et al.*
Request for Dismissal/Order

Page 1

Case 1:10-cv-00877-AWI-GSA   Document 29   Filed 12/02/10   Page 2 of 2
Case 1:10-cv-00877-AWI-GSA   Document 25   Filed 10/27/10   Page 2 of 2

**ORDER**

**IT IS HEREBY ORDERED** that the above-captioned action against Petco Animal Supplies Stores, Inc., dba Petco 269 only is dismissed with prejudice.

Dated: 12-2-10

_____
HONORABLE ANTHONY W. ISHII

*Wallen v. Petco, et al.*
Request for Dismissal/Order

Page 2