Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., et al.,<br><br>　　　　Defendants. | No. 1:10-CV-00877-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Theresa Wallen and Defendant Ochinero Development Company, a California Limited Partnership, the remaining parties to this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: March 14, 2011　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　/s/Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Wallen v. Petco, et al.*
Stipulation for Dismissal

Page 1

1 | Date: March 14, 2011                MOTSCHIEDLER, MICHAELIDES &
2 |                                                          WISHON, LLP
3 |
4 |                                             By:/s/ Jordan Freeman
5 |                                                    Attorneys for Defendant Ochinero
  |                                                    Development Company, a California
6 |                                                    Limited Partnership
7 |                                              **ORDER**
8 |
9 |         The parties having so stipulated,
10 |         IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.
11 | The Clerk of the Court is DIRECTED to Close this action.
12 |
13 |
14 |
15 | IT IS SO ORDERED.
16 | Dated:   March 14, 2011             _____
17 |                                              CHIEF UNITED STATES DISTRICT JUDGE
18 |

*Wallen v. Petco, et al.*
Stipulation for Dismissal
                                Page 2